```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PORTADAM, INC., *et al.*           :        CIVIL ACTION
                                   :
         v.                        :
                                   :
SEABRIGHT INSURANCE COMPANY        :        NO. 10-2187

**O R D E R**

AND NOW, this 29th day of September 2010, upon consideration of the defendant's Motion to Dismiss and Motion to Transfer and the responses thereto, IT IS ORDERED:

1. That the Motion to Dismiss for improper venue is DENIED. The motion to dismiss is in all other respects DENIED WITHOUT PREJUDICE.

2. That the Motion to Transfer pursuant to 28 U.S.C. § 1404(a) is GRANTED.  The Clerk is directed to TRANSFER the action to the United States District Court for the District of New Jersey.

3.  That the Clerk is directed to mark the case-file CLOSED.

                                        BY THE COURT:


                                        /s/ John P. Fullam
                                        _____
                                        John P. Fullam,    Sr. J.